```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                        :
AARON LEWIS SHELTON, V,                 :
                                        :
          Plaintiff,                    :    Civ. No. 15-4603 (NLH)
                                        :
     v.                                 :    OPINION and ORDER
                                        :
CAPE MAY COUNTY CORRECTIONAL            :
     FACILITY, et al.,                  :
                                        :
          Defendants.                   :
_____:

APPEARANCES:
Aaron Lewis Shelton, V, #37837
Cape May County Correctional Center
4 Moore Road
Cape May Court House, NJ 08210
     Plaintiff Pro se

   Plaintiff Aaron Lewis Shelton, V, an inmate currently confined at Cape May County Correctional Center in Cape May, New Jersey, brings this civil rights action pursuant to 42 U.S.C. § 1983 and submits an application to proceed in forma pauperis. The Court finds that Plaintiff has submitted a complete application to proceed in forma pauperis[1] and grants leave to

_____

[1] The Court notes that page one of the in forma pauperis application is absent.  However, page one of the application contains only the caption of the case, the instructions for completing the form, and the amount of the filing fee.  The caption of this case is evident from the Plaintiff's Complaint; Plaintiff has completed the remainder of the application and submitted a certified prison account statement, indicating that Plaintiff read and understood the instructions; and page one of the Complaint informed Plaintiff of the amount of the filing

proceed without prepayment of fees. See 28 U.S.C. § 1915. This case is subject to sua sponte screening by the Court, and the Complaint will be screened in due course. See 28 U.S.C. §§ 1915(e)(2)(B); see also 28 U.S.C. § 1915A; 42 U.S.C. § 1997e.

IT IS therefore on this  13th  day of  July , 2015,

ORDERED that Plaintiff's application to proceed in forma pauperis is GRANTED; and it is further

ORDERED that the Clerk of the Court shall file the Complaint; and it is further

ORDERED that SUMMONS SHALL NOT ISSUE, at this time, as the Court's sua sponte screening has not yet been completed; and it is further

ORDERED that that the time to serve process under FED. R. CIV. P. 4(m) is hereby extended to the date 120 days after the Court permits the Complaint to proceed; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b) and for purposes of account deduction only, the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of the Cape May Correctional Facility; and it is further

---

fee. Thus, Plaintiff's failure to submit page one of the in forma pauperis application does not render the application incomplete.

ORDERED that Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this Order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation, meaning that if the Court dismisses the case as a result of its sua sponte screening, or Plaintiff's case is otherwise administratively terminated or closed, § 1915 does not suspend installment payments of the filing fee or permit refund to the prisoner of the filing fee, or any part of it, that has already been paid; and it is further

ORDERED that pursuant to Siluk v. Merwin, 783 F.3d 421 (3d Cir. 2015), as amended (Apr. 21, 2015), as amended (Apr. 28, 2015), if Plaintiff owes fees for more than one court case, whether to a district or appellate court, under the Prison Litigation Reform Act (PLRA) provision governing the mandatory recoupment of filing fees, Plaintiff's monthly income is subject to a single, monthly 20% deduction, "and the cases and/or appeals that an inmate has filed [sha]ll be paid off sequentially," Siluk, 783 F.3d at 426 (emphasis in original); i.e., the first-filed case shall be paid off in full, then the second-filed case, etc., until all fees have been paid in full; and it is further

ORDERED that, with respect to this case, when Plaintiff's fees become ripe for payment in accordance with Siluk, in each

3

month that the amount in Plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of Plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2) and each payment shall reference the civil docket number of this action.

                                            ___s/ Noel L. Hillman_____
                                            NOEL L. HILLMAN
                                            United States District Judge

At Camden, New Jersey